# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

**KATRINA LYNN HENDERSON**

**CRIMINAL COMPLAINT**
(Electronically Submitted)

CASE NUMBER: 20-4265MJ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about October 12, 2020, in the District of Arizona, the defendant, **KATRINA LYNN HENDERSON**, knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance. In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

I further state that I am a sworn law enforcement officer with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **See attached Affidavit incorporated herein.**

Continued on an attachment sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: /S AUSA Ryan McCarthy

__X__ Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

Jordan Filippi, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature     Date: 10/15/2020

__X__ Sworn by Telephone

Date/Time

Flagstaff, Arizona
City and State

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2020.10.15 12:38:16 -07'00'

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

CC: PTS & USMS

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

The undersigned, Special Agent Jordan Filippi, F.B.I, states under oath as follows:

I, Special Agent Jordan Filippi am employed by the Federal Bureau of Investigation (FBI) and am an investigator/law enforcement officer of the United States within the meaning of Title 18, United States Code Section 2510(7) – an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code and Title 21 United States Code.

1) Your Affiant has been employed as a Special Agent since March of 2016 and has worked crimes involving drugs and other controlled substances. Your Affiant has received training at the FBI Training Academy and has experience including, but not limited to, investigating major crimes that occur on Indian reservations, and specifically the Navajo Nation Indian Reservation, Indian country, within the District of Arizona. Based on your Affiant's training and experience, it is known that the Navajo Nation Indian Tribe is a federally recognized Indian Tribe.

2) Prior to being employed with the FBI, your Affiant was employed as a police officer with the Bellevue Police Department in Bellevue, NE for 7 ½ years. During my law enforcement career, I have worked in the capacity of the case agent and co-case agent on numerous major crimes related to Title 18 U.S.C and Title 21 U.S.C.

3) The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter. Because this affidavit is made for the limited purpose of establishing probable cause, I have not listed each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the violations of Title 21 U.S.C. 841(a)(1) and (b)(1)(c)

### Introduction

4) This case involves violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Possession of Methamphetamine with Intent to Distribute. The location of the incident was 116 Stanley Drive in Tuba City, AZ. The residence and the location where the arrest took place occurred in the District of Arizona and within the boundaries of Navajo Nation Indian Reservation. Katrina Lynn Henderson, a Native American female, was found to be in possession of several plastic baggies containing various weights of a usable amount of a white crystal-like substance (suspected methamphetamine.) The baggies and their contents were later weighed and weighed approximately 29 grams. Katrina Henderson was also in possession of a scale, $1,045 in U.S. currency, 19 empty plastic baggies, and a 9MM handgun.

## Investigation/ Probable Cause

5) On October 12th, 2020, Officer Sheyenne Soriano, Officer Rodney Slim, and Officer Glenn Smith Jr. with Navajo Nation Police Department responded to 116 Stanley Drive for a female, later identified as Katrina Henderson (Henderson), who fired a round from a 9MM handgun inside the residence and threatened to hurt herself. The officers arrived at the residence and met with mother of the female, Kimberley Dalton, and other family members. The officers were told that either Henderson was still in the back bedroom or left the residence on foot. The family members were not sure if she still had the handgun in her possession.

6) Officers went into the bedroom and did not locate Henderson. Officers searched the backyard but did not locate her. While searching the backyard of the residence, officers located foot tracks leading west of the residence towards Cul-De-Sac 2. Officers followed the foot tracks until they stopped and located a female hiding in a compact space. The female matched the descriptions the officers were given by family members of wearing a grey sweatshirt, under her black sweatshirt, and blue jeans. The female was detained without incident and identified as Katrina Lynn Henderson.

7) Henderson than was placed under arrest by the Navajo Nation Police Officers for criminal damage and unlawful carrying of a deadly weapon (Tribal criminal violations). During the search incident to arrest, Officer Soriano located a clear pipe and small pocketknife on her person. Henderson also had a mint in color backpack in her possession. Officer Soriano asked Henderson if she had any other weapons or a firearm with her. Henderson stated she left the weapon outside her residence. During the search, Henderson

told Officer Soriano she was COVID-19 positive and Officer Soriano called for an ambulance to the scene.

7) While waiting for the ambulance, Officer Soriano searched the backpack. Officer Soriano located a scale, an unopened Smirnoff bottle of alcohol, two unopened bottles of vodka, a handgun with the magazine still in the weapon, and a black and white floral pouch. Inside of the black and white floral pouch, Officer Soriano located a clear baggies containing a clear crystal-like substance Also inside the black and white floral pouch was a cheetah print wallet. Inside of the wallet was a large amount of cash, and multiple 1-inch by 1-inch clear plastic baggies.

8) The firearm was a Taurus G2C 9MM bearing the serial number ABD502638. The weapon was made safe by the officer, and she noted the weapon still had a round in the chamber.

9) The ambulance arrived and transported Henderson to the Tuba City Regional Health Care for clearance prior to being booked at the Tuba City Detention Center. Officer Soriano and Officer Slim went back to the residence and spoke with Kimberly Dalton. Kimberly Dalton is the homeowner of the residence and the surrounding property. She gave officers consent to go inside the room where Henderson was before she heard the gunshot. Kimberly Dalton told the Navajo Police officers Henderson does not pay rent on the room located on her property. Dalton was in the main house when she heard the gunshot coming from the separate room Henderson stays in on the property. Once inside the room, officers located a spent shell casing and located where the bullet entered the wall above an air conditioner.

10) The evidence collected from Henderson was taken to the Tuba City Police Department and logged into evidence. The officers located approximately 29 grams of a clear crystal-like substance (suspected methamphetamine) in several different plastic baggies, the Taurus G2C 9MM handgun bearing the serial number ABD502638, a scale, 19 empty plastic baggies, and $1,045 in U.S. currency. Officer Soriano noted in her report that the U.S. currency was a mixture of $100s, $50s, $20s, $10s, $5s, and $1s.

11) It should be noted that Henderson was never booked into the Tuba City Detention Center on tribal charges because while she was at the hospital waiting for clearance, she fled the hospital and was not located again by police. Henderson is still a fugitive.

12) On October 14th, 2020, Criminal Investigator Crystal Thinn provided information about the evidence collected during the arrest of Henderson. Officer Thinn checked the evidence log and told the affiant Henderson had approximately 7 different plastic baggies containing a usable amount of a white crystal-like substance, two baggies containing a white residue in her possession, and 19 empty plastic baggies. Criminal Investigator Crystal Thinn (CI Thinn) utilized the NARK II methamphetamine/MDMA Reagent test kits to field test the contents of evidence item number F-01. Evidence item F-01 was a plastic baggie containing approximately 16.3 grams of a white crystal-like substance. This item was collected from the backpack in Henderson's possession. The contents were field tested and tested positive for the presence of methamphetamine. CI Thinn photographed it and logged it back into evidence at the Tuba City Police Department.

## Conclusion

13) Based on the foregoing, I believe there is probable cause to support that on or about October 12th, 2020, in the District of Arizona, the defendant, Katrina Lynn Henderson, committed the violation Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c).

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____
Jordan Filippi
Special Agent, FBI

10/15/2020
Executed on (Date)

_____ Sworn by Telephone

Date/Time: _____

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2020.10.15 12:38:54 -07'00'

Camille D. Bibles
United States Magistrate Judge

6